IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VIRGINIA KENNEDY,

    Plaintiff,

v.

VICTORY CAPITAL MANAGEMENT, INC.

    Defendant.

C.A. No. 1:15-cv-14251-NMG

## STIPULATION OF DISMISSAL
### (RULE 41(a)(1)(A)(ii))

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties herein have stipulated that this action be dismissed with prejudice, without costs to any party and with waiver of all rights of appeal.

AGREED:

| **VIRGINIA KENNEDY** | **VICTORY CAPITAL MANAGEMENT INC.** |
|---|---|
| By her attorney, | By its attorneys, |
| Maura A. Greene (BBO #547204)<br>Law Office of Maura Greene, LLC<br>Six Beacon Street, Suite 205<br>Boston, MA 02108<br>(617) 936-1580<br>maura@mauragreenelaw.com | H. James Hartley (BBO #561485)<br>Patrick J. Hannon (BBO # 639976)<br>Hartley Michon Robb LLP<br>155 Seaport Boulevard, 11th Floor<br>Boston, Massachusetts 02210-2698<br>Tel: 617-723-8000<br>Fax: 617-447-2800<br>brobb@hartleymichonrobb.com<br>phannon@hartleymichonrobb.com |

DATED: June 3, 2016

## **CERTIFICATE OF SERVICE**

      I, Patrick J. Hannon, certify that on this 22nd day of June 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff by electronically serving her counsel of record.

                                                   /s/ *Patrick J. Hannon*
                                                   Patrick J. Hannon